# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00536-CV

## In re United Forming, Inc. and SFI Compliance, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and emergency motion for stay are denied. *See* Tex. R. App. P. 52.8(a).

Maggie Ellis, Justice

Before Justices Kelly, Theofanis, and Ellis

Filed: June 18, 2026